**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                       ) | Docket No. 11-cv-11148-NMG |
| ) | |
| 66 CENTRE STREET, QUINCY ) | |
| MASSACHUSETTS, and ONE ) | |
| BLACK 2010 JEEP COMMANDER ) | |
| BEARING VIN 1J4RG4GK6AC137097, ) | |
| ) | |
| Defendants.                       ) | |

**NOTICE OF APPEARANCE**

Please enter the Appearance of Paul J. Andrews on behalf of the Claimant, Shirin Lee, sole shareholder of Montebello Properties, LLC which owns Defendant 66 Centre Street, Quincy, Massachusetts, in the above-captioned case.

Dated: March 21, 2012                   Respectfully submitted,

                                        SHIRIN LEE, as sole shareholder of Montebello
                                        Properties, LLC
                                        By her attorney,

                                        */s/ Paul J. Andrews*
                                        _____
                                        Paul J. Andrews, Esq. BBO #558574
                                        DENNER PELLEGRINO LLP
                                        Four Longfellow Place, 35th Floor
                                        Boston, Massachusetts 02114
                                        pandrews@dennerpellegrino.com
                                        (617) 227-2800

**CERTIFICATE OF SERVICE**

I, Paul Andrews, hereby certify that on this the 21st day of March 2012, I have served all parties registered with ECF for this matter with a true copy of the foregoing *Notice of Appearance* by virtue of transmitting the same to the Court via the ECF system.

                                        */s/ Paul J. Andrews*
                                        Paul J. Andrews